

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**W. Simone Nicholson**
*Special Assistant Corporation Counsel*
Office: (212) 356-2455

July 18, 2023

Granted.

SO ORDERED:

7/19/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
The Honorable Robert W. Lehrburger
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   P.L. v. N.Y.C. Dep't of Educ., et al., 22-cv-5805 (PAE)(RWL)

Dear Judge Lehrburger:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks enforcement of administrative orders under, *inter alia*, the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), and attorneys' fees, costs, and expenses for legal work on administrative hearings, as well as for this action.

The parties are continuing to negotiate, have significantly narrowed the difference between their respective offers, and expect to be able to reach an agreement to resolve this case without the Court's assistance. As such, I write jointly with Plaintiff's counsel to request an adjournment *sine die* of the settlement conference scheduled for August 22, 2023 (ECF 33) and instead propose the submission of a letter in 30 days—by August 17, 2023—providing an update on the status of settlement discussions, advising the Court that the case has settled, or ideally, filing a Stipulation of Settlement.

Thank you for considering this submission and the Court's assistance in the settlement process.

Respectfully submitted,

/s/ W. Simone Nicholson
W. Simone Nicholson
Special Assistant Corporation Counsel

cc:   Erin O'Connor, Of Counsel, Attorneys for Plaintiff (via ECF)
      Elisa Hyman, Attorneys for Plaintiff (via ECF)